Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Israel Cobian,<br><br>Plaintiff,<br><br>vs.<br><br>Christopher McLaughlin, Wayne Steele,<br>Joseph E. Yurkovich, SA Godinez,<br>Sherry Benton,<br><br>Defendants. | Case Number: 14-1218 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.  This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the defendants and against the plaintiff.  Each party to bear its own costs.

**Dated:**  January 3, 2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:  s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge